372 A.2d 411
Commonwealth v. Childs, Appellant.

Argued December 10, 1976. Chas. Lowenthal, for appellant; James C. Long, Jr., Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.